RECEIVED

JUN 13 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Miguez | Civil Action No. 16-00213 |
| versus | Judge Rebecca F. Doherty |
| Ackal, et al | Magistrate Judge Carol B. Whitehurst |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that (1) the unopposed Motions To Dismiss filed by Defendants Quinton Addcock, Mayor Hilda Daigre Curry and Sheriff Louis Ackal [Rec. Docs. 18, 35, 50] are **GRANTED**; (2) the Voluntary Motion To Dismiss filed by Plaintiff, Rodney Jude Miguez, [Rec. Doc. 52] is **DENIED**; and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 13 day of June, 2017.

Rebecca F. Doherty
United States District Judge